UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.

EDGAR ELIE,

    Plaintiff,

vs.

PACIFIC LAND LTD., a Florida limited partnership f/k/a Pacific Land Co., a Florida general partnership, PACIFIC LAND MANAGEMENT COMPANY, a Florida general partnership, by and through its managing partner, PACIFIC TOMATO GROWERS, LTD., a Florida limited liability company, PTG MANAGEMENT, a Florida corporation, COLLIER LAND HOLDINGS LTD., a Florida limited partnership by and through its general partner COLLIER ENTERPRISES, INC., COLLIER ENTERPRISES MANAGEMENT, INC., ENGLISH BROTHERS, a Florida general partnership, SOUTH FLORIDA WATER MANAGEMENT DISTRICT, a division of the State of Florida; UNITED STATES OF AMERICA, Department of Agriculture; UNITED STATES OF AMERICA, Department of Interior, UNITED STATES OF AMERICA ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES OF AMERICA ARMY CORP. OF ENGINEERS,

    Defendants.

_____/

**COMPLAINT FOR DAMAGES, PERMANENT INJUNCTION AND OTHER RELIEF**

Plaintiff EDGAR ELIE ("EDGAR") individually, by and through undersigned counsel, hereby sues PACIFIC LAND LTD., a Florida limited partnership ("PACIFIC LAND"), PACIFIC LAND MANAGEMENT COMPANY, a Florida general partnership, by and through its managing partner, PACIFIC TOMATO GROWERS, LTD., a Florida limited liability company, PTG MANAGEMENT, a Florida corporation, COLLIER LAND HOLDINGS LTD., a

*Edgar Elie Pacific Land Co., Ltd.*
*Complaint*

Florida limited partnership by and through its general partner COLLIER ENTERPRISES, INC., COLLIER ENTERPRISES MANAGEMENT, INC., SOUTH FLORIDA WATER MANAGEMENT DISTRICT, a division of the State of Florida ("SFWMD"); UNITED STATES OF AMERICA, Department of Agriculture; UNITED STATES OF AMERICA, Department of Interior, UNITED STATES OF AMERICA ENVRIONMENTAL PROTECTION AGENCY; UNITED STATES OF AMERICA ARMY CORP. OF ENGINEERS, for damages, permanent injunction, and other relief, and further state:

**Allegations Common to All Counts**

**A. The Parties, Jurisdiction and Venue**

1. <u>EDGAR</u>: EDGAR is an individual residing in Broward County, Florida and is otherwise *sui juris*.

2. <u>PACIFIC LAND, LTD</u>: PACIFIC LAND, LTD, is a Florida limited partnership whose general partner is PACIFIC LAND MANAGEMENT COMPANY, a Florida corporation. PACIFIC LAND LTD. is a converted entity formerly known as Pacific Land Co., a Florida general partnership.

3. <u>MANAGEMENT</u>: PACIFIC LAND MANAGEMENT COMPANY is a Florida corporation authorized to do business and doing business throughout the State of Florida and serves as the manager for PACIFIC LAND, LTD., a Florida limited liability partnership. MANAGEMENT is an entity formerly known as Pacific Properties Management, Inc.

4. <u>PACIFIC LAND CO.</u>: PACIFIC LAND CO. is a Florida general partnership authorized to do and doing business throughout the State of Florida. PACIFIC LAND CO.'s general partner

2

*Edgar Elie Pacific Land Co., Ltd.*
*Complaint*

is PACIFIC TOMATO GROWERS, LTD., a Florida limited partnership and whose general partner is PTG MANAGEMENT COMPANY, a Florida corporation.

5. PACIFIC TOMATO GROWERS, LTD.: PACIFIC TOMATO GROWERS, LTD. is a Florida limited partnership authorized to do business throughout the State. PACIFIC TOMATO GROWERS, LTD.'s general partner is PTG MANAGEMENT, a Florida corporation.

6. PTG MANAGEMENT CO.: PTG MANAGEMENT CO. is a Florida corporation authorized to do and is doing business throughout the State of Florida. PTG MANAGEMENT is the general partner of PACIFIC TOMATO GROWERS, LTD., a Florida limited partnership.

7. COLLIER LAND HOLDINGS LTD.: COLLIER LAND HOLDINGS LTD. is a Florida limited partnership authorized to do and doing business throughout the State of Florida. COLLIER LAND HOLDINGS identifies its general partner as COLLIER ENTERPRISES, INC., a Florida corporation.

8. COLLIER ENTERPRISES, INC.: COLLIER ENTERPRISES, INC., is a Florida corporation authorized to do business throughout the State of Florida.

9. COLLIER ENTERPRISES MANAGEMENT, INC.: COLLIER ENTERPRISES MANAGEMENT, INC., is a Florida corporation authorized to do and doing business in the State of Florida.

10. ENGLISH BROTHERS: ENGLISH BROTHERS is a Florida general partnership, authorized to do business throughout the State of Florida.

11. SFWMD: SFWMD is one of five water management districts in the State of Florida. The mission of the SFWMD is to manage water and related resources for the benefit of the public in keeping with the needs of the region. The key elements of the mission are:

3

GRUMER & MACALUSO, P.A.
ONE EAST BROWARD BOULEVARD, SUITE 1501, FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 713-2700

*Edgar Elie Pacific Land Co., Ltd.*
*Complaint*

Environment protection and enhancement, water supply, flood protection and water quality protection. 40E-1.103, F.A.C. The SFWMD may be named as a Defendant and against whom equitable relief may be entered under 33 U.S.C. § 1365(a).

12. UNITED STATES OF AMERICA, Department of Agriculture: Department of Agriculture is an agency of the United States government.

13. UNITED STATES OF AMERICA, Department of Interior: UNITED STATES OF AMERICA Department of Interior is an agency of the United States government.

14. UNITED STATES OF AMERICA ENVRIONMENTAL PROTECTION AGENCY: UNITED STATES OF AMERICA ENVIORNMENTAL PROTECTION AGENCY is an agency of the United States government.

15. UNITED STATES OF AMERICA ARMY CORP. OF ENGINEERS: The Army Corp of Engineers is an entity of the United States government.

16. Jurisdiction: This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 as EDGAR asserts claims under the Clean Water Act ("CWA"), Title 33 U.S.C. §§ 1311 et.seq., specifically § 505(a) of the CWA and other federal relief under 28 USC § 2201. This is also a citizen's suit, brought under §505 of the CWA, 33 USC §1365(a).

17. Venue: Venue is appropriate in the United District Court, Southern District of Florida, as certain Defendants maintain their offices herein.

18. The PRODUCE GROWERS DEFENDANTS: PACIFIC LAND, LTD, MANAGEMENT, PACIFIC LAND CO., PACIFIC TOMATO GROWERS, LTD, PTG MANAGEMENT CO., COLLIER ENTERPRISES, INC., and the ENGLISH BROTHERS are

4

GRUMER & MACALUSO, P.A.
ONE EAST BROWARD BOULEVARD, SUITE 1501, FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 713-2700

*Edgar Elie Pacific Land Co., Ltd.*
*Complaint*

collectively referred to throughout this pleading as the ("PRODUCE GROWERS DEFENDANTS").

### B. EDGAR's Chain of Title

19. <u>EDGAR"S Adjacent Parcel</u>: On April 29, 1994, Paul Elie, EDGAR's parent, transferred to EDGAR the five acre tract immediately adjacent to the PRODUCE GROWER DEFENDANTS land in Collier County, Florida, A copy of the deed containing the legal description of the property, their root, and their predecessor's root are attached as Composite Exhibit "A" (hereinafter "EDGAR"S Adjacent Parcel"). A copy of Collier County Property Appraiser overlay of the property is attached as Exhibit "B".

20. <u>South Parcel 1</u>: On October 27, 1980, EDGAR took title to an additional five acre tract of land south of EDGAR"S Adjacent Parcel. A copy of the deed and the Board of Trustees of the Internal Improvement Fund is attached as Exhibit "C". A copy of Collier County property Appraiser overlay of the property is attached as Exhibit "D".

21. <u>South Parcel 2</u>: On April 29, 1994, EDGAR took title to an additional 2½ acre tract of land adjoining the parcel identified in paragraph 19 above. A copy of the deed is attached as Exhibit "E"; a copy of the collier county overlay of the property is attached as Exhibit "F". (The property described in paragraphs 19 and 20 shall be referred to as "EDGAR's South Parcels").

22. <u>Map and Location of Parcels</u>: An aerial map and schematic drawing identifying the PRODUCE GROWERS DEFENDANTS farm property and EDGAR parcel to the south is attached as composite Exhibit "D".

23. <u>PRODUCE GROWERS DEFENDANTS Farm Property to EDGAR's North</u>: As more particularly described in the aerial photograph attached as Exhibit "B", the PRODUCE

5

*Edgar Elie Pacific Land Co., Ltd.*
*Complaint*

GROWERS DEFENDANTS own and operate the tomato farms to the immediate north of EDGAR"S Adjacent Parcel.

24. <u>Pumping of Water</u>:  In or around 1985 through 1987, the PRODUCE GROWERS DEFENDANTS commenced the unpermitted pumping of water from their drainage system onto EDGAR's Adjacent Parcel and used EDGAR's Adjacent Parcel as their drainage receptacle for the water discharge.  This pumping activity is described as the "uncontrolled discharge of surface and/or ground water" contrary to Permit # 11-00365-5 issued September 11, 1986.  See notice of violation as Exhibit "G".  The permit expressly prohibited uncontrolled offsite discharge facilities.

25. <u>Water Does Not flow Uphill</u>:  Due to the topographical nature of EDGAR"S Adjacent Parcel, EDGAR"S Adjacent Parcel was not the natural flow for water discharged from the PRODUCE GROWERS DEFENDANTS drainage system; the PRODUCE GROWERS DEFENDANTS act of pumping of water onto EDGAR's Adjacent Parcel was intentional.

### C. The Dumping of Water Begins and EDGAR Denied Access to His Property

26. <u>The Fence on EDGAR's Property</u>:  On or about 1987, the PRODUCE GROWERS DEFENDANTS erected an unpermitted secured a fence on EDGAR's Adjacent Parcel, denying EDGAR access to his own land.

27. <u>Key to Lock on Fence</u>:  Not only has EDGAR been denied access to possession of his property, but the fence is locked and EDGAR does not have a key to the lock.  The PRODUCE GROWERS DEFENDANTS exclusively maintain possession and control of the locks.

28. <u>PRODUCE GROWERS DEFENDANTS Threaten Edgar with Arrest</u>:  When Edgar has attempted to visit his own property, representatives of the PRODUCE GROWERS

6

*Edgar Elie Pacific Land Co., Ltd.*<br>*Complaint*

DEFENDANTS blocked his access and threaten to have EDGAR arrested for trespass. The PRODUCE GROWERS DEFENDANTS call local police and other authorities and enlisted their assistance in restraining EDGAR from entering EDGAR'S Adjacent Parcel.

29. <u>The Pump House</u>:  From approximately 1986 through 2010, the PRODUCE GROWERS DEFENDANTS erected a pump on PACIFIC LANDS property; the purpose of the pump was to move and discharge farm waste and water onto EDGAR"S Adjacent Parcel and ultimately EDGAR's South Parcels.

## COUNT I: VIOLATIONS OF THE FEDERAL CLEAR WATER ACT

EDGAR adopts and realleges allegations contained in paragraphs 1 through 28 as if fully set forth herein and further states:

30. <u>Statement of Claim</u>:  This is an action pursuant to CWA, and concerns, among other things, environmental and surface management violations, through the construction, alteration and operation of a water drainage field surrounding the property, which may include violations of any excavation permit including excavation in excess of the depth of excavation required by the permit, and therefore adversely impacting water levels, failure to maintain an upland divide between the excavation areas and adjoining parcels, failure to confine the excavation to the area designated in the permit, impacting adjacent wetlands through over excavation, turbidity violation impacting those wetlands and adjacent parcels and waterways, and additional violations through continued operations after failing to renew the permit after expiration of the same. The CWA prohibits the discharge of pollutants from a point source into navigable waters of the United States, unless in compliance with various enumerated sections of the Act.  Among other

things, § 301(a) prohibits such discharges not authorized by, or in violation of the terms of, a permit issued pursuant to §402 of the Act, 33 U.S.C. §1342.

31. <u>PROHIBITED OVERPRODUCTION OF DISCHARGE WASTE WATER INTO THE FAKAHATCHEE STRAND</u>: The PRODUCE GROWERS DEFENDANTS discharge of the waste water from its drainage ditch, after flowing across EDGAR's Adjacent Parcel and EDGAR's South Parcels, drains into the navigable waterway know as the Fakahatchee Strand. SFWMD never issued discharge permit, let alone a waste water permit to discharge from the PRODUCE GROWERS DEFENDANTS over EDGAR's Adjacent Property and Edgar's South Parcels, let alone into the Fakahatchee Strand. Further, when permitted the PRODUCE GROWERS DEFENDANTS, overharvested their land, and overproduced the waste water, ultimately discharged in excess of any permit.

32. <u>Discharge are within the CWA</u>: The PRODUCE GROWERS DEFENDANTS discharge was water from a point source into a navigable water of the United States within the meaning of 33 U.S.C. §1311.

33. <u>Discharges are violations of the CWA</u>: Each and every discharge of water from the PRODUCE GROWERS DEFENDANTS drain field, from wherever their pumps are located on their property, is a separate violation of §301(a) of the CWA, for each day on which it occurred

34. <u>No Permit to Sustain Discharge</u>: The PRODUCE GROWERS DEFENDANTS do not have a permit to discharge the volume of waste water pumped.

WHEREFORE EDGAR respectfully requests:

   a. That this Court declare the PRODUCE GROWERS DEFENDANTS to have violated, and to be in violation of the CWA, 33 U.S.C. §§1311 and 1342;

*Edgar Elie Pacific Land Co., Ltd.*
*Complaint*

b. Enjoin the PRODUCE GROWERS DEFENDANTS from discharging its waste water in such a manner as will result in further violations of the CWA, both temporarily and permanently;

c. Order the governmental entities to enforce the CWA, their rules, and their regulations over the PRODUCE GROWERS DEFENDANTS;

d. Award Edgar his costs (including reasonable attorney, expert witness and consultant fees) as authorized by the Act, 33 U.S.C. §1365(d); and

e. Award any and all further such injunctive relief as this Court may deem appropriate.

## COUNT II: TRESPASS

EDGAR adopts and realleges allegations contained in paragraphs 1 through 28 as if fully set forth herein and further states:

35. Statement of Claim: This is an action for trespass as the following named Defendants have entered upon EDGAR"S Adjacent Parcel, having placed an unpermitted fence on the land, and otherwise having caused the unpermitted discharge of farm waste and water to flow onto and across EDGAR"S Adjacent Parcel and EDGAR's South Parcel without his consent: PACIFIC LAND CO., LTD; PACIFIC LAND MANAGEMENT COMPANY, PACIFIC TOMATO GROWERS, LTD., PTG MANAGEMENT, COLLIER LAND HOLDINGS, COLLIER ENTERPRISES, and COLLIER ENTERPRISES MANAGEMENT, INC.

36. Trespass: EDGAR or his parents owned or possessed title to the land described in paragraphs 18, 19 and 20, at all times material hereto.

37. The Trespassing Defendants: The Defendants trespassed upon EDGAR"S Adjacent Parcel, and using the same, denying EDGAR access to his own land, misusing the property,

9

GRUMER & MACALUSO, P.A.
ONE EAST BROWARD BOULEVARD, SUITE 1501, FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 713-2700

*Edgar Elie Pacific Land Co., Ltd.*
*Complaint*

constructing a structure on the property consisting of pipes, dykes, reservoir and unpermitted drainage, and otherwise trespassing upon EDGAR"S Adjacent Parcel, and directed the uncontrolled discharge of surface and/or ground water and farm waste upon and across EDGAR's South Parcels.

38. No Consent and No Easements: EDGAR did not consent to the trespass, or continued trespass, or continued misuse of his property; EDGAR did not grant an easement or conveyance of any nature to the PRODUCE GROWERS DEFENDANTS.

WHEREFORE, EDGAR demands damages against the trespassing Defendants as defined in this Count for damages, prejudgment interest, and any and all further such relief as this Court may deem appropriate.

## COUNT III: CONVERSION

EDGAR adopts and realleges allegations contained in paragraphs 1 through 28 as if fully set forth herein and further states:

39. Statement of the Claim: This is an action for conversion of EDGAR"S Adjacent Parcel and EDGAR' South Parcels by the Defendants: PACIFIC LAND CO., LTD; PACIFIC LAND MANAGEMENT COMPANY, PACIFIC TOMATO GROWERS, LTD., PTG MANAGEMENT, COLLIER LAND HOLDINGS, COLLIER ENTERPRISES, and COLLIER ENTERPRISES MANAGEMENT, INC. (jointly referred to here, in Count III as the "Conversion Defendants").

40. EDGAR's PROPERTY: EDGAR owns the property described in paragraphs 18, 19, 20 above.

10

*Edgar Elie Pacific Land Co., Ltd.*<br>*Complaint*

41. <u>Denial of Access</u>: The Conversion Defendants entered upon EDGAR's PROPERTY, erected a fence, and denied EDGAR access to EDGAR's PROPERTY. These acts constituted a conversion of EDGAR's PROPERTY.

42. <u>No Consent and No Approval</u>: EDGAR did not consent to, or approve the conversion of EDGAR's PROPERTY.

43. <u>Damages</u>: EDGAR demands damages for the conversion of EDGAR's PROPERTY and for the misuse of EDGAR's PROPERTY while converted, and for any and all such relief.

WHEREFORE, EDGAR demand entry of judgment for damages against the Conversion Defendants, prejudgment interest, court costs, and for any and all further such relief as this Court may deem appropriate.

## COUNT IV: ENCROACHMENT

EDGAR adopts and realleges allegations contained in paragraphs 1 through 28 as if fully set forth herein and further states:

44. <u>Encroachment</u>: This is an action seeking damages for encroachment onto EDGAR's PROPERTY.

45. <u>Water Flows Over EDGAR's Parcel</u>: The PRODUCE GROWERS DEFENDANTS are encroaching upon EDGAR Adjacent Property and EDGAR's South Parcels by engaging in the unpermitted activity of discharging water onto his properties.

46. <u>Damages</u>: The PRODUCE GROWERS DEFENDANTS damaged EDGAR's parcels by permitting water flow over his parcels and placing fencing around EDGAR's Adjacent Parcel.

GRUMER & MACALUSO, P.A.
ONE EAST BROWARD BOULEVARD, SUITE 1501, FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 713-2700

*Edgar Elie Pacific Land Co., Ltd.*<br>*Complaint*

WHEREFORE, EDGAR demands damages against the PRODUCE GROWERS DEFENDANTS for encroachment, prejudgment interest and any and all further such relief as this Court may deem appropriate.

## COUNT V: UNJUST ENRICHMENT

EDGAR adopts and realleges allegations contained in paragraphs 1 through 28 as if fully set forth herein and further states:

47. <u>Statement of Claim</u>: EDGAR sues the PRODUCE GROWERS DEFENDANTS for unjust enrichment as they have benefitted by misusing EDGAR's parcels and have profited from the same.

48. <u>PRODUCE GROWERS DEFENDANTS Need Drainage</u>: In order to facilitate the PRODUCE GROWERS DEFENDANTS business activities, the PRODUCE GROWERS DEFENDANTS have, in permitted activities, built a drainage field around their property. The PRODUCE GROWERS DEFENDANTS have pumped the runoff from their fields onto EDGAR"S Adjacent Parcel and it runs downstream onto EDGAR'S South Parcels.

49. <u>PRODUCE GROWERS DEFENDANTS Profit</u>: The PRODUCE GROWERS DEFENDANTS are profiting from cultivating and selling the produce on their property. The PRODUCE GROWERS DEFENDANTS produce does not grow under water and it is essential for their business activities to improperly pump this onto EDGAR's Property.

50. <u>Damages</u>: The PRODUCE GROWERS DEFENDANTS are damaging EDGAR.

WHEREFORE, EDGAR demands judgment against the PRODUCE GROWERS DEFENDANTS for unjust enrichment, prejudgment interest and any and all further and just relief as this Court may deem appropriate.

GRUMER & MACALUSO, P.A.
ONE EAST BROWARD BOULEVARD, SUITE 1501, FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 713-2700

*Edgar Elie Pacific Land Co., Ltd.*
*Complaint*

## COUNT VI: WRONGFUL EJECTMENT

EDGAR adopts and realleges allegations contained in paragraphs 1 through 28 as if fully set forth herein and further states:

51. <u>PRODUCE GROWERS DEFENDANTS Wrongfully Eject EDGAR</u>: The PRODUCE GROWERS DEFENDANTS wrongfully ejected EDGAR from his own property by fencing EDGAR's Adjacent Parcel and denying EDGAR access to his own property.

52. <u>PRODUCE GROWERS DEFENDANTS Threaten EDGAR with Arrest</u>: On those occasions when EDGAR attempted to visit his own property, the PRODUCE GROWERS DEFENDANTS or their employees threatened EDGAR with arrest for trespassing on his own property.

WHEREFORE, EDGAR demands judgment against the PRODUCE GROWERS DEFENDANTS for wrongful ejectment, prejudgment interest, court costs and for any and all further such relief as this Court may deem appropriate.

GRUMER & MACALUSO, P.A.
ONE EAST BROWARD BOULEVARD, SUITE 1501, FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 713-2700

*Edgar Elie Pacific Land Co., Ltd.*
*Complaint*

## JURY TRIAL DEMAND

Plaintiff requests trial by jury on all claims so triable.

Dated this 14th day of October, 2010.

>GRUMER & MACALUSO, P.A.
>Attorney for Plaintiff
>One East Broward Boulevard
>Suite 1501
>Fort Lauderdale, Florida 33301
>(954) 713-2700; (954) 713-2713 Fax
>kgrumer@grumerlaw.com
>
>By: __KEITH T. GRUMER__
>      Fla. Bar No. 504416

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14 October 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

>By: /s/    KEITH T. GRUMER

14

GRUMER & MACALUSO, P.A.
ONE EAST BROWARD BOULEVARD, SUITE 1501, FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 713-2700